## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In Re:** | **CASE NO.:20-20024-BKC-EPK** |
| | **Chapter 7** |
| **TM HEALTHCARE HOLDINGS, LLC, et al[1]** | **(Jointly Administered)** |
|     **Debtors.** | |
| _____/ | |
| **MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY** | |
| **FOR TM HEALTHCARE HOLDINGS, LLC, et al[1]** | |
|     **Plaintiff,** | |
| **vs.** | |
| **INCONTACT, INC.,** | **Adv. Case No. 22-01256-EPK** |
| **A Delaware corporation,** | |
|     **Defendant.** | |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Rilyn A. Carnahan, certify that service of this summons and a copy of the complaint and the Order Setting Status Conference and Establishing Procedures and Deadlines was made on September 26, 2022 by:

---

[1] The "Debtors" in these chapter 7 cases, along with the case number for each Debtor, are: TM Healthcare Holdings, LLC (20-20024-EPK), Golden Gate Holding Company, LLC (20-20027-EPK), Pacific Addiction and Treatment Company, LLC (20-20028-EPK), SoCal Addiction & Treatment Company, LLC (20-20029-EPK), West Coast Recovery Center, LLC (20-20032-EPK), West Coast Wellness Centers, LLC (20-20029-EPK), Golden Gate Employment Services, LLC (20-20037-EPK), Bass Holding Company, LLC (20-20038-EPK), Treatment Management Company, LLC (20-20025-EPK), Wellness Management Company, LLC (20-20036-EPK), Wellness Counseling & Residential Detoxification Services, LLC (20-20026-EPK), and Bass Employment Services, LLC (20-20040-EPK).

**xxx  Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:**

InContact, Inc.
75 W. Towne Ridge Parkway
Tower 1
Sandy, UT  84070

To the Attention of NRAI Services, Inc.
As Registered Agent for InContact, Inc.
1200 South Pine Island Road
Plantation, FL  33324

To the Attention of  Paul Jarman
As CEO and Director of InContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of Florida_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  September 26, 2022          Signature:  /s/Rilyn A. Carnahan

| |
|---|
| Print Name:  Rilyn A. Carnahan, Esq. |
| Address:  525 Okeechobee Blvd., Suite 900 |
| West Palm Beach          State: FL          Zip: 33401 |