United States Bankruptcy Court
Southern District of Florida

Bakst,
    Plaintiff

InContact, Inc.,
    Defendant

Adv. Proc. No. 22-01256-EPK

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 1
Date Rcvd: Nov 16, 2022      Form ID: CGFD61      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + InContact, Inc., 75 W. Towne Ridge Parkway, Tower 1, Sandy, UT 84070-5528 |
|  | + NRAI Services, Inc, As Registered Agent for InContact, Inc, 1200 South Pine Island Road, Plantation, FL 33324-4459 |
|  | + Paul Jarman, CEO and Director of InContact, Inc., 75 West Town Ridge Parkway, Tower 1, Sandy, UT 84070-5523 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

**Name**      **Email Address**

Rilyn A Carnahan, Esq.
     on behalf of Plaintiff Michael R. Bakst rilyn.carnahan@gmlaw.com
     efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

TOTAL: 1

Form CGFD61  (9/19/08)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 20−20024−EPK                     **Adversary Number:** 22−01256−EPK

In re:

**Name of Debtor(s):**  TM Healthcare Holdings, LLC

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

**Michael R. Bakst**

Plaintiff(s)

**VS.**

**InContact, Inc.**

Defendant(s)

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

# ENTRY OF DEFAULT

A motion for entry of default has been filed pursuant to Local Rule 7055−1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

| |
|---|
| Name:  **InContact, Inc.** |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 11/16/22**                              **CLERK OF COURT**
                                                  By: Lucie Fleurimond
                                                  Deputy Clerk (561) 514−4100

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding