United States Bankruptcy Court
Southern District of Florida

Bakst,
Plaintiff
InContact, Inc.,
Defendant

Adv. Proc. No. 22-01256-EPK

# CERTIFICATE OF NOTICE

District/off: 113C-9 | User: admin | Page 1 of 2
Date Rcvd: Feb 28, 2023 | Form ID: pdf004 | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | InContact, Inc., To the Attention of NRAI Services, Inc.,, as Registered Agent for InContact, Inc, 1200 South Pine Island Road, Plantation, FL 33324-4413 |
| | + | InContact, Inc., To the Attention of Paul Jarman, as CEO and Director of InContact, Inc., 75 West Town Ridge Parkway-Tower 1, Sandy, UT 84070-5523 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 28 2023 22:57:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 28 2023 22:56:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Feb 28 2023 22:57:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2023 22:57:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 28 2023 22:57:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, |

| | | | |
|---|---|---|---|
| | | | FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 28 2023 22:56:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 28 2023 22:57:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Rilyn A Carnahan, Esq. | on behalf of Plaintiff Michael R. Bakst rilyn.carnahan@gmlaw.com efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com |

TOTAL: 1




**ORDERED in the Southern District of Florida on February 28, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**TM HEALTHCARE HOLDINGS, LLC, et al**

**Debtors.**
**_____________________________________________/**

**CASE NO.: 20-20024-BKC-EPK**
**Chapter 7**
**(Jointly Administered)**

**MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR TM HEALTHCARE HOLDINGS, LLC, et al**

**Plaintiff,**

**vs.**

**INCONTACT, INC.**
**a Delaware corporation,**

**Defendant.**
**_____________________________________________/**

**Adv. Case No. 22-01256-EPK**

**DEFAULT FINAL JUDGMENT AGAINST INCONTACT, INC.**

THIS MATTER came before the Court in West Palm Beach, Florida, on the 22nd day of February, 2023, pursuant to *Plaintiff's Motion for Default Final Judgment Against Defendant* [ECF No. 11] (the "Motion"). The Court, having entered the *Order Granting Plaintiff's Motion*

*for Default Final Judgment* [ECF No. 15], providing for the entry of this *Default Final Judgment*, having heard argument of the Trustee's counsel, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. Final judgment is entered in favor of the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Treatment Management Company, LLC and against inContact, Inc., a Delaware corporation, on Counts I and V of the *Trustee's Complaint to Avoid and Recover Preferential and/or Fraudulent Transfers Pursuant to 11 U.S.C. §§ 547and 550 and Florida Statutes § 726; and for Unjust Enrichment*, [ECF No. 1](the "Complaint"), whereby the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Treatment Management Company, LLC, shall have and recover from the Defendant, inContact, Inc., a Delaware corporation, the amount of thirty-four thousand nine hundred fifty-one dollars and eighty-five cents ($34,951.85), together with costs in the amount of three hundred fifty dollars and zero cents ($350.00) for the cost of filing the Complaint, for a total of thirty-five thousand three hundred one dollars and eighty-five cents ($35,301.85) which shall bear interest at the statutory rate per annum, for all of which let execution issue.

2. Final judgment is entered in favor of the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Wellness Counseling & Residential Detoxification Services, LLC and against inContact, Inc., a Delaware corporation, on Counts I and V of the Complaint, whereby the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Wellness Counseling & Residential Detoxification Services, LLC, shall have and recover from the Defendant, inContact, Inc., a Delaware corporation, the amount of ten thousand seven hundred twenty dollars and forty-five cents ($10,720.45), which shall bear interest at the statutory rate per annum, for all of which let execution issue.

3. The address for the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Treatment Management Company, LLC, is P.O. Box 407, West Palm Beach, FL 33402.

4. The address for the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Wellness Counseling & Residential Detoxification Services, LLC, is P.O. Box 407, West Palm Beach, FL 33402.

5. The address for the Defendant, inContact, Inc., is:

inContact, Inc.
75 W. Town Ridge Parkway
Tower 1
Sandy, UT 84070

and

inContact, Inc.
To the Attention of NRAI Services, Inc.,
as Registered Agent for InContact, Inc.
1200 South Pine Island Road
Plantation, FL 33324

and

inContact, Inc.
To the Attention of Paul Jarman
as CEO and Director of InContact, Inc.
75 West Town Ridge Parkway
Tower 1
Sandy, UT 84070

###

Submitted by:
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Telephone: (561) 838-4557

**[Rilyn A. Carnahan, Esq., shall serve copies of this order on all interested parties and file a certificate of service with the Court]**