**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CASE NO.:  20-20024-BKC-EPK |
| | Chapter 7 |
| TM HEALTHCARE HOLDINGS, LLC, et al[1] | (Jointly Administered) |
|       Debtors. | |
| _____/ | |
| MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR TM HEALTHCARE HOLDINGS, LLC, et al[1] | |
|       Plaintiff, | |
| vs. | |
| INCONTACT, INC. | Adv. Case No. 22-01256-EPK |
| a Delaware corporation, | |
|       Defendant. | |
| _____/ | |

**CERTIFICATE OF SERVICE OF DEFAULT FINAL JUDGMENT**
**AGAINST INCONTACT, INC.**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the Default Final Judgment against InContact, Inc., [ECF No.16] was served simultaneously upon the Court's docketing thereof on all parties registered to receive Notices of Electronic Filing in this proceeding.  I also certify that on March 17, 2023 I served a copy of said document by first class U.S. mail, postage prepaid, upon the parties listed on the manual service list below.

---

[1] The "Debtors" in these chapter 7 cases, along with the case number for each Debtor, are:  TM Healthcare Holdings, LLC (20-20024-EPK), Golden Gate Holding Company, LLC (20-20027-EPK), Pacific Addiction and Treatment Company, LLC (20-20028-EPK), SoCal Addiction & Treatment Company, LLC (20-20029-EPK), West Coast Recovery Center, LLC (20-20032-EPK), West Coast Wellness Centers, LLC (20-20029-EPK), Golden Gate Employment Services, LLC (20-20037-EPK), Bass Holding Company, LLC (20-20038-EPK), Treatment Management Company, LLC (20-20025-EPK), Wellness Management Company, LLC (20-20036-EPK), Wellness Counseling & Residential Detoxification Services, LLC (20-20026-EPK), and Bass Employment Services, LLC (20-20040-EPK).

1

| | |
|---|---|
| Dated:  March 17, 2023 | Respectfully Submitted, |
| | **GREENSPOON MARDER LLP** |
| | /s/ *Michael R. Bakst*<br>MICHAEL R. BAKST, ESQ.<br>Florida Bar No.: 866377<br>Attorneys for Trustee<br>CityPlace Tower<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401<br>T:  (561) 838-4523    F:  (561) 514-3423<br>Email: michael.bakst@gmlaw.com |

**Electronic Mail Notice List**

- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

**Manual Notice List**

InContact, Inc.
75 W. Towne Ridge Parkway
Tower 1
Sandy, UT  84070

To the Attention of NRAI Services, Inc.
As Registered Agent for InContact, Inc.
1200 South Pine Island Road
Plantation, FL  33324

To the Attention of  Paul Jarman
As CEO and Director of InContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

U.S. Trustee
51 S.W. First Avenue, Room 1204
Miami, FL 33130

29511-0585 emb
53836944v1