**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CASE NO.: 20-20024-BKC-EPK |
| | Chapter 7 |
| TM HEALTHCARE HOLDINGS, LLC, et al | (Jointly Administered) |
|     Debtors. | |

_____/

**MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY**
**FOR TM HEALTHCARE HOLDINGS, LLC, et al**

    Plaintiff,
vs.

**INCONTACT, INC.**                             Adv. Case No. 22-01256-EPK
**a Delaware corporation,**

    Defendant.
 _____/

### CERTIFICATE OF SERVICE OF ORDER GRANTING PLAINTIFF/TRUSTEE'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Plaintiff/Trustee's Motion for Default Final Judgment Against Defendant* [ECF No. 15] was served simultaneously upon the Court's docketing thereof on all parties registered to receive Notices of

Electronic Filing in this proceeding. I also certify that on March 17, 2023, I served a copy of the Order by U.S. mail, postage prepaid, or as otherwise indicated, upon the parties listed on the manual service list below.

Dated:  March 17, 2023               **GREENSPOON MARDER, LLP**
                                     CityPlace Tower
                                     525 Okeechobee Blvd., Suite 900
                                     West Palm Beach, FL 33401
                                     Tel: (561) 838-4557
                                     Fax: (561) 514-3457
                                     By: _/s/ Rilyn A. Carnahan_
                                     Rilyn A. Carnahan, Esq.
                                     Fla. Bar No. 614831
                                     Email: rilyn.carnahan@gmlaw.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Via U.S. Regular Mail to:**

**InContact, Inc.**
75 W. Towne Ridge Parkway
Tower 1
Sandy, UT 84070

inContact, Inc.
75 W. Towne Ridge Parkway
Tower 1
Sandy, UT 84070

To the Attention of NRAI Services, Inc. as Registered Agent for inContact, Inc.
1200 South Pine Island Road
Plantation, FL 33324

To the Attention of Paul Jarman as CEO and Director of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT 84070

To the Attention of Paul Jarman as Registered Agent for inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT 84070

To the Attention of Kimm Partridge as Assistant Secretary of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT 84070

2

To the Attention of Raymond Langhaim as CFO of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

To the Attention of William Robinson as VP of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

To the Attention of Daniel Lloyd as Secretary of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

To the Attention of Barak Eilam as Director of inContact, Inc.
75 West Town Ridge Parkway, Tower 1
Sandy, UT  84070

To the Attention of The Corporation Trust Company, As Registered Agent for inContact, Inc.
Corporation Trust Center
1209 Orange St.
Wilmington, DE  19801

**Via Federal Express to**:

To the Attention of NRAI Services, Inc. as Registered Agent for inContact, Inc.
1200 South Pine Island Road
Plantation, FL  33324