**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CASE NO.: 20-20024-BKC-EPK |
| | Chapter 7 |
| TM HEALTHCARE HOLDINGS, LLC, et al[1] | (Jointly Administered) |
| Debtors. | |
| _____/ | |
| MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR TM HEALTHCARE HOLDINGS, LLC, et al[2] | |
| Plaintiff, | |
| vs. | |
| INCONTACT, INC., | Adv. Case No. 22-01256-EPK |
| A Delaware corporation, | |
| Defendant. | |
| And | |
| CITIBANK, N.A. A/K/A CITIGROUP, INC. A/K/A CITICORP LLC, | |
| Garnishee. | |
| _____/ | |

**CERTIFICATE OF SERVICE OF THE ORIGINAL RETURN OF SERVICE**
**ON CITIBANK, N.A. A/K/A CITIGROUP, INC. A/K/A CITICORP LLC**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the

Southern District of Florida, and I am in compliance with the additional qualifications to practice in this

Court as set forth in Local Rule 2090-1(A).

---

[1] The "Debtors" in these chapter 7 cases, along with the case number for each Debtor, are: TM Healthcare Holdings, LLC (20-20024-EPK), Golden Gate Holding Company, LLC (20-20027-EPK), Pacific Addiction and Treatment Company, LLC (20-20028-EPK), SoCal Addiction & Treatment Company, LLC (20-20029-EPK), West Coast Recovery Center, LLC (20-20032-EPK), West Coast Wellness Centers, LLC (20-20029-EPK), Golden Gate Employment Services, LLC (20-20037-EPK), Bass Holding Company, LLC (20-20038-EPK), Treatment Management Company, LLC (20-20025-EPK), Wellness Management Company, LLC (20-20036-EPK), Wellness Counseling & Residential Detoxification Services, LLC (20-20026-EPK), and Bass Employment Services, LLC (20-20040-EPK).

[2] See note 1, *Infra*.

**I HEREBY CERTIFY** that a true and correct copy of the Original Return of Service attached that was served on Citibank, N.A., a/k/a Citigroup, Inc., a/k/a Citicorp LLC, by the Process Server, C.W. Services & Associates, Inc., by serving a copy of the Ex Parte Motion by Plaintiff/Judgment Creditor, Michael R. Bakst, Trustee in Bankruptcy for TM Healthcare Holdings, LLC, et al, for Issuance of Writ of Garnishment after Judgment against CitiBank, N.A., a/k/a Citigroup, Inc., a/k/a Citicorp LLC which included the Default Final Judgment and a copy of the original Writ of Garnishment with the date and hour of service to: Shahel Oliveira as Branch Manager of Citibank, N.A., a/k/a Citigroup, Inc., a/k/a Citicorp LLC, Inc., at the address of: 5867 Okeechobee Blvd., West Palm Beach, Fl 33417, who informed said person of the contents therein, in compliance with state statutes and which was served simultaneously upon the Court's docketing thereof on all parties registered to receive Notices of Electronic Filing in this proceeding. I also certify that on May 3, 2023, I served a copy of said document by first class U.S. mail, postage prepaid, upon the parties listed on the manual service list below.

Dated: May 3, 2023.                                         Respectfully Submitted,

**GREENSPOON MARDER LLP**

/s/ MICHAEL R. BAKST
_____
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557 F: (561) 514-3457
Email: Michael.bakst@gmlaw.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R. Bakst**    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com

- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

**Manual Notice List**

    InContact, Inc.
    75 W. Towne Ridge Parkway
    Tower 1
    Sandy, UT  84070

    To the Attention of NRAI Services, Inc.
    As Registered Agent for InContact, Inc.
    1200 South Pine Island Road
    Plantation, FL  33324

    To the Attention of Paul Jarman
    As CEO and Director of InContact, Inc.
    75 West Town Ridge Parkway, Tower 1
    Sandy, UT  84070

    U.S. Trustee
    51 S.W. First Avenue, Room 1204
    Miami, FL 33130

29511-0585 emb

# RETURN OF SERVICE

| State of Florida | County of SOUTHERN | Southern Court |

Case Number: 20-20024-BKC-EPK

IN RE::
**TM HEALTHCARE HOLDINGS, LLC, DEBTOR**


CWO2023006740

For:
MICHAEL BAKST, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PALM BEACH, FL 33401

Received by C.W. SERVICES & ASSOCIATES, INC. on the 28th day of April, 2023 at 12:30 pm to be served on **CITIBANK, 5867 OKEECHOBEE BLVD., WEST PALM BEACH, FL 33417**.

I, Carl W. Woods, do hereby affirm that on the **1st day of May, 2023** at **12:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Ex Parte Motion for Issuance of Writ, Exhibit(s) and Writ Of Garnishment** with the date and hour of service endorsed thereon by me, to: **SHAHEL OLIVEIRA** as **BRANCH MANAGER** for **CITIBANK**, at the address of: **5867 OKEECHOBEE BLVD., WEST PALM BEACH, FL 33417**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30S, Sex: F, Race/Skin Color: W, Height: 5-5, Weight: 135, Hair: DARK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True.

*Carl W. Woods* (signature)

**Carl W. Woods**
Process Server, I.D #723

C.W. SERVICES & ASSOCIATES, INC.
4908 Grassleaf Drive
Palm Beach Gardens, FL 33418
(561) 630-4866

Our Job Serial Number: CWO-2023006740

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n